MELTON, Respondent, v. MELTON, Appellant.*

*No. 238. Argued March 30, 1971.—Decided May 4, 1971.*
(Also reported in 186 N. W. 2d 275.)

For the appellant there were briefs by *Leo H. Hansen* and *William T. Henderson,* and *Hansen, Eggers, Berres & Kelley,* all of Beloit, and oral argument by *Leo H. Hansen.*

For the respondent there was a brief by *Grutzner & Jaeckle,* and oral argument by *Michael J. Byron,* all of Beloit.

HEFFERNAN, J. We find among the alleged errors nothing to warrant any interference by this court with the order entered by the county court of Rock county, and the order is affirmed under sec. (Rule) 251.93, Stats.

*By the Court.*—Order affirmed.

* Motion for rehearing denied, with costs, on June 25, 1971.